NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROVERIS SCIENTIFIC CORPORATION (FORMERLY KNOWN AS IMAGE THERM ENGINEERING, INC.),**
*Plaintiff-Appellee,*

v.

**INNOVASYSTEMS, INC.,**
*Defendant-Appellant.*

---

2011-1043

---

Appeal from the United States District Court for the District of Massachusetts in case no. 05-CV-12424, Judge William G. Young.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Becker Meisel LLC and Timothy J. Szuhaj's motion to withdraw as counsel for InnovaSystems, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 27 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Victor H. Polk, Jr., Esq.
Timothy J. Szuhaj, Esq.
John J. Waters

s21

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

MAY 27 2011

**JAN HORBALY**
**CLERK**